**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**RAY REED**                                                                        **PLAINTIFF**

**V.**                                                                        **NO. 4:14CV176-SA-JMV**

**CHIEF PATRICK JOHNSON;**
**ADMINISTRATOR ZAKIYA FIELDS; CITY OF SHELBY,**
**MS POLICE DEPARTMENT; AND OFFICER A. WILLIAMS**                    **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

On consideration of the file and record of this action, the Court finds that the Report and

Recommendations of the United States Magistrate Judge dated November 4, 2015, was on that date

duly served upon the parties; that more than fourteen days have elapsed since service of said Report

and Recommendations; and that no objection thereto has been filed or served by any party. The

Court is of the opinion that the magistrate judge's Report and Recommendations should be approved

and adopted as the opinion of the Court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated

November 4, 2015, is hereby approved and adopted as the opinion of the Court.

2. That Defendant Zakiya Fields' Motion to Compel Arbitration, or in the Alternative, to

Dismiss [15] shall be held in abeyance until such time as this Court can complete a trial on the issue

of whether Plaintiff signed the subject Arbitration Agreement.

**THIS**, the 4th day of January, 2016.


/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**