IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RAY REED                                                                                           PLAINTIFF

V.                                                            CIVIL ACTION NO. 4:14CV176-SA-JMV

CHIEF PATRIC JOHNSON, *et al*.                                                          DEFENDANTS

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [74] is GRANTED. Plaintiff's 1983 claims are hereby dismissed, for he has presented no evidence as to his allegations. CASE CLOSED.

SO ORDERED this, the 25th day of May 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE